# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2600 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 43 DB 2019 |
| v. | : | |
| | : | Attorney Registration No. 94543 |
| PETER JUDE CAROFF, | : | |
| | : | (Allegheny County) |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of June, 2019, upon consideration of the Recommendation of the Disciplinary Board, Respondent's petition for review, and the Office of Disciplinary Counsel's response, the petition for review is denied, and Peter Jude Caroff is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). He shall comply with the provisions of Pa.R.D.E. 217.

Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).

The Order constitutes an imposition of public discipline with the meaning of Pa.R.D.E. 402, pertaining to confidentiality.